UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CALVIN HARDEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-00161-TWP-DLP |
| THOMAS OPIE, et al. | ) ) ) |
| Defendants. | ) |

**Order Directing Response to Motion to Compel
and Granting Motion for Extension of Time**

The plaintiff shall have **through June 14, 2019**, in which to respond to the defendants' discovery requests and respond to the defendants' motion to compel.

The defendants' motion for extension of time, dkt. 20, is **granted** insofar as the defendants shall have **through June 26, 2019**, to either file a dispositive motion in support of the exhaustion defense, file a notice with the Court specifically identifying the fact issue(s) that preclude resolution of this affirmative defense and requesting a *Pavey* hearing, or file a notice with the Court withdrawing the exhaustion defense.

**IT IS SO ORDERED.**

Date: 5/28/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

CALVIN HARDEN
230560
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Jill Esenwein
INDIANA ATTORNEY GENERAL
jill.esenwein@atg.in.gov

Lyubov Gore
INDIANA ATTORNEY GENERAL
lyubov.gore@atg.in.gov

Jordan Michael Stover
INDIANA ATTORNEY GENERAL
jordan.stover@atg.in.gov