UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CALVIN HARDEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:19-cv-00161-TWP-DLP |
| THOMAS OPIE, et al. | ) ) ) |
| Defendants. | ) |

**Order Denying Motion for Extension of Time,
Extending Deadline to File a Motion or Notice Regarding Exhaustion Defense,
and Directing Plaintiff to Respond and/or Show Cause**

**I.**

The defendants' motion for an extension of time, dkt. [24], is summarily **denied** because the motion was filed less than three business days prior to the deadline. *See* Local Rule 6-1(a)(5). The defendants' disregard for Local Rule 6-1(a)(5) is troubling, and future compliance with Local Rule 6-1 is anticipated.

In the interests of judicial economy and in light of the motion for sanctions filed contemporaneously with the motion for extension of time, however, the Court *sua sponte* extends the defendants' deadline for filing a motion or notice regarding the exhaustion defense. The defendants shall have **through July 24, 2019**, to either file a dispositive motion in support of the exhaustion defense, file a notice with the Court specifically identifying the fact issue(s) that preclude resolution of this affirmative defense and requesting a *Pavey* hearing, or file a notice with the Court withdrawing the exhaustion defense.

## II.

The plaintiff shall have **through July 9, 2019**, to respond to the defendants' motion for sanctions. Dkt. 23. No response will be deemed complete unless it includes his overdue responses directives in this Order, he shall have **through July 9, 2019**, to show cause why this action should not be dismissed with prejudice under Federal Rule of Civil Procedure 37(b)(2)(A)(v) for failure to obey a discovery order and failure to prosecute.

**IT IS SO ORDERED.**

Date:    6/26/2019

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

CALVIN HARDEN
230560
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Lyubov Gore
INDIANA ATTORNEY GENERAL
lyubov.gore@atg.in.gov

Jordan Michael Stover
INDIANA ATTORNEY GENERAL
jordan.stover@atg.in.gov